UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>INOFIN, INC. MICHAEL J. CUOMO, KEVING J. MANN, SR., MELISSA GEORGE, THOMAS KEVIN KEOUGH AND DAVID AFFELDT,<br><br>                Defendants.<br><br>NANCY  KEOUGH,<br><br>                Relief Defendant. | Civil Action No. 1:11-cv-10633 |

### DEFENDANT THOMAS KEVIN KEOUGH'S
### MOTION TO DISMISS COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Thomas Kevin Keough, ("Kevin Keough") hereby moves that all claims alleged against him in the Complaint, i.e., the Third and Fourth Claims for Relief, be dismissed for failure to state a claim upon which relief can be granted.

As set forth in Defendant Kevin Keough's Memorandum in Support of his Motion to Dismiss submitted herewith, the Complaint fails to contain sufficient factual matter to state a plausible claim for relief against him, thus mandating dismissal. Bell Atl. Corp v. Twombly, 550 U.S. 544, 555 (2007); Ashcroft v. Iqhal, --U.S.--, 129 S.Ct. 1937, 1939 (2009).

For the reasons set forth herein, and in Kevin Keough's accompanying Memorandum, the claims alleged in the Complaint against Kevin Keough should be dismissed with prejudice.

Dated: August 15, 2011                                    Respectfully submitted,

                                                          /s/ Peter A. Lagorio
                                                          Peter A. Lagorio (BBO# 567379)
                                                          Law Office of Peter A. Lagorio
                                                          63 Atlantic Avenue
                                                          Boston, MA 02110
                                                          617-367-4200
                                                          617-227-3384 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2011.

                                                          /s/ Peter A. Lagorio
                                                          Peter A. Lagorio