<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF MASSACHUSETTS</u>

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Plaintiff,<br><br>v.<br><br>INOFIN, INC. MICHAEL J. CUOMO, KEVING J. MANN, SR., MELISSA GEORGE, THOMAS KEVIN KEOUGH AND<br>DAVID AFFELDT,<br><br>                 Defendants.<br><br>NANCY  KEOUGH,<br><br>                 Relief Defendant. | Civil Action No. 1:11-cv-10633 |

## <u>RELIEF DEFENDANT NANCY KEOUGH'S ANSWER</u>

Relief Defendant Nancy Keough hereby submits her Answer to the numbered paragraphs of the Complaint as follows:

1.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

2.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

3.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

4.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

5.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

6.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

7.  Denied.

8.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

9.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

10. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

11. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

12. Admitted.

13. Admitted.

14. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

15. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

16. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

17. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

18. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

19. Admitted.

20. Admitted.

21. Admitted.

22. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

23. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

24. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

25. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

26. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

27. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

28. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

29. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

30. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

31. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

32. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

33. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

34. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

35. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

36. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

37. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

38. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

39. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

40. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

41. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

42. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

43. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

44. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

45. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

46. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

47. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

48. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

49. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

50. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

51. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

52. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

53.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

54.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

55.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

56.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

57.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

58.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

59.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

60.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

61.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

62.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

63.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

64.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

65.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

66.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

67.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

68. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

69. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

70. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

71. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

72. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

73. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

74. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

75. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

76. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

77. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

78. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

79. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

80. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

81. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

82. Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

83.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

84.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

85.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

86.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

87.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

88.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

89.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

90.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

91.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

92.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

93.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

94.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

95.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

96.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

97.  Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

98.     Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

99.     Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

100.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

101.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

102.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

103.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

104.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

105.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

106.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

107.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

108.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

109.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

110.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

111.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

112.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

113.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

114.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

115.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

116.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

117.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

118.   Denied.

119.   Admitted that Kevin Keough invested $50,000 in Inofin . Otherwise, denied.

120.   Denied.

121.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

122.   Admitted that Inofin paid Nancy Keough $368,000, and that Nancy Keough wrote checks to Affeldt. Otherwise, denied.

123.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

124.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

125.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

126.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

127.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

128.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

129.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

130.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

131.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

132.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

133.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

134.    Nancy Keough is without sufficient information or knowledge to form a    f as to
        the truth or falsity of the allegations in this paragraph.

135.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

136.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

137.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

138.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

139.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

140.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

141.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

142.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

143.    Nancy Keough is without sufficient information or knowledge to form a
        reasonable belief as to the truth or falsity of the allegations in this paragraph.

144.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

145.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

146.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

147.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

148.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

149.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

150.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

151.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

152.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

153.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

154.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

155.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

156.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

157.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

158.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

159.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

160.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

161.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

162.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

163.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

164.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

165.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

166.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

167.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

168.    Nancy Keough is without sufficient information or knowledge to    form        a reasonable belief as to the truth or falsity of the allegations  in this  paragraph.

169.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

170.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

171.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

172.    Nancy Keough is without sufficient information or knowledge to form a r easonable belief as to the truth or falsity of the allegations in this paragraph.

173.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

174.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

175.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

176.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

177.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

178.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

179.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

180.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

181.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

182.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

183.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

184.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

185.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

186.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

187.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

188.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

189.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

190.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

191.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

192.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

193.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

194.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

195.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

196.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

197.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

198.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

199.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

200.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

201.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

202.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

203.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

204.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

205.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

206.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

207.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

208.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

209.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

210.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

211.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

212.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

213.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

214.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

215.    Nancy Keough realleges and incorporates by reference her answers to paragraphs 1-214.

216.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

217.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

218.    Nancy Keough realleges and incorporates by reference her answers to paragraphs 1-214.

219.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

220.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

221.    Nancy Keough realleges and incorporates by reference her answers to paragraphs 1-214.

222.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

223.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

224.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

225.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

226.    Nancy Keough realleges and incorporates by reference her answers to paragraphs 1-214.

227.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

228.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this   paragraph concerning persons other than Thomas Kevin Keough. Denied      as to Thomas Kevin Keough.

229.    Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this   paragraph.

230.    Denied that Kevin Keough was engaged in the conduct referred to.

231.   Nancy Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this   paragraph concerning persons other than Thomas Kevin Keough. Denied       as to Thomas Kevin Keough.

232.   Nancy Keough realleges and incorporates by reference her answers to paragraphs 1-214.

233.   Denied.

234.   Admitted that Nancy Keough received $368,000 from Inofin. Otherwise,   denied.

235.   Denied.

Respectfully submitted,


/s/ Peter A. Lagorio_____
Peter A. Lagorio (BBO# 567379)
Law Office of Peter A. Lagorio
63 Atlantic Avenue
Boston, MA 02110
617-367-4200
617-227-3384 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2011.

/s/ Peter A. Lagorio
Peter A. Lagorio