UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>INOFIN, INC. MICHAEL J. CUOMO, KEVING J. MANN, SR., MELISSA GEORGE, THOMAS KEVIN KEOUGH AND<br>DAVID AFFELDT,<br><br>        Defendants.<br><br>KEVIN KEOUGH,<br><br>        Relief Defendant. | Civil Action No. 1:11-cv-10633 |

## DEFENDANT THOMAS KEVIN KEOUGH'S ANSWER

Defendant Thomas Kevin Keough ("Kevin Keough") hereby submits his Answer to the numbered paragraphs of the Complaint as follows:

1. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

2. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

3. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

4. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

5. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

6. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

7. Denied.

8. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

9. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

10. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

11. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

12. Paragraph 12 states conclusions of law to which no response is required.

13. Paragraph 13 states conclusions of law to which no response is required. Denied that there were unlawful securities offering and sales activities. Admitted otherwise.

14. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

15. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

16. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

17. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

18. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

19. Admitted.

20. Admitted.

21. Admitted.

22. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

23. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

24. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

25. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

26. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

27. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

28. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

29. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

30. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

31. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

32. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

33. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

34. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

35. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

36. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

37. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

38. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

39. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

40. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

41. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

42. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

43. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

44. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

45. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

46. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

47. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

48. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

49. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

50. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

51. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

52. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

53. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

54. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

55. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

56. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

57. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

58. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

59. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

60. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

61. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

62. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

63. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

64. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

65. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

66. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

67. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

68. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

69. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

70. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

71. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

72. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

73. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

74. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

75. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

76. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

77. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

78. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

79. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

80. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

81. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

82. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

83. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

84. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

85. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

86. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

87. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

88. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

89. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

90. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

91. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

92. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

93. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

94. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

95. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

96. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

97. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

98. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

99. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

100. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

101. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

102. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

103. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

104. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

105. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

106. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

107. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

108. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

109. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

110. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

111. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

112. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
113. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
114. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
115. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
116. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
117. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
118. Denied.
119. Admitted that Kevin Keough invested $50,000 in Inofin . Otherwise, denied.
120. Denied.
121. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
122. Admitted that Inofin paid Nancy Keough $368,000, and that Kevin Keough wrote checks to Affeldt. Otherwise, denied.
123. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
124. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
125. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
126. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.
127. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

128. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

129. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

130. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

131. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

132. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

133. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

134. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

135. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

136. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

137. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

138. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

139. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

140. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

141. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

142. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

143. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

144. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

145. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

146. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

147. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

148. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

149. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

150. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

151. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

152. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

153. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

154. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

155. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

156. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

157. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

158. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

159. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

160. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

161. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

162. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

163. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

164. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

165. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

166. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

167. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

168. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

169. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

170. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

171. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

172. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

173. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

174. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

175. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

176. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

177. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

178. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

179. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

180. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

181. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

182. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

183. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

184. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

185. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

186. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

187. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

188. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

189. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

190. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

191. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

192. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

193. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

194. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

195. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

196. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

197. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

198. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

199. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

200. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

201. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

202. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

203. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

204. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

205. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

206. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

207. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

208. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

209. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

210. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

211. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

212. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

213. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

214. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

215. Kevin Keough realleges and incorporates by reference his answers to paragraphs 1-214.

216. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

217. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

218. Kevin Keough realleges and incorporates by reference his answers to paragraphs 1-217.

219. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

220. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

221. Kevin Keough realleges and incorporates by reference his answers to paragraphs 1-220.

222. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

223. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

224. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

225. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

226. Kevin Keough realleges and incorporates by reference his answers to paragraphs 1-225.

227. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

228. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

229. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph.

230. Denied that Kevin Keough was engaged in the conduct referred to.

231. Kevin Keough is without sufficient information or knowledge to form a reasonable belief as to the truth or falsity of the allegations in this paragraph concerning persons other than Thomas Kevin Keough. Denied as to Thomas Kevin Keough.

232. Kevin Keough realleges and incorporates by reference his answers to paragraphs 1-231.

233. Denied.

234. Admitted that Nancy Keough received $368,000 from Inofin. Otherwise, denied.

235. Denied.

March 7, 2012                                    Respectfully submitted,


                                                /s/ Peter A. Lagorio_____
                                                Peter A. Lagorio (BBO# 567379)
                                                Law Office of Peter A. Lagorio
                                                63 Atlantic Avenue
                                                Boston, MA 02110
                                                617-367-4200
                                                617-227-3384 (fax)


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 7, 2012.


                                                /s/ Peter A. Lagorio_____
                                                Peter A. Lagorio