UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| v. | : | 1:11-CV-10633-DJC |
| | : | |
| INOFIN, INC., MICHAEL J. CUOMO, | : | |
| KEVIN J. MANN, SR., MELISSA GEORGE, | : | |
| THOMAS KEVIN KEOUGH, AND DAVID AFFELDT, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| NANCY KEOUGH, | : | |
| Relief Defendant. | : | |

_____:

## PLAINTIFF'S MOTION TO COMPEL
## DEFENDANT MELISSA GEORGE TO SUBMIT INTERROGATORY ANSWERS

Plaintiff Securities and Exchange Commission ("Commission") hereby moves this Court to issue an order compelling defendant Melissa George to submit answers to interrogatories no later than Friday, April 26, 2013.  The Commission served interrogatories on George over three months ago, on December 28, 2012.  Despite the Commission's attempt to negotiate voluntary cooperation, defendant George continues to ignore her obligation to submit written answers.

        Respectfully submitted,
        **SECURITIES AND EXCHANGE COMISSION,**
        By its attorney,

        /s/  R.M. Harper II
        Richard M. Harper II (PHV #05528)
         Senior Trial Counsel
        U.S. Securities and Exchange Commission
        33 Arch Street, 23rd Floor
        Boston, Massachusetts 02110
        (617) 573-8979 (Harper)
        HarperR@sec.gov

April 9, 2013

2

CERTIFICATE OF COMPLIANCE WITH LR 37.1

      On March 7, 2013, the parties held a telephonic conference concerning Melissa George's failure to submit written answers to the Commission's interrogatories.  The parties agreed that Melissa George would submit these answers by the end of March, 2013.  Commission counsel memorialized this agreement in a letter to George's counsel, which is attached as *Exhibit B* to the memorandum supporting this Motion.  To date, Melissa George has failed to provide any answers to these interrogatories.  No request for extension has been made.

                                                      //s// R.M. Harper II
                                                      Richard M. Harper II

CERTIFICATE OF SERVICE

I, Richard M. Harper II, hereby certify that on April 9, 2013, I caused a true copy of the forgoing document to be filed through the ECF system, and accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

//s// R.M. Harper II
Richard M. Harper II