UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. |
| v. | 1:11-CV-10633-DJC |
| INOFIN, INC., MICHAEL J. CUOMO, KEVIN J. MANN, SR., MELISSA GEORGE, THOMAS KEVIN KEOUGH, AND DAVID AFFELDT, | |
| Defendants, | |
| NANCY KEOUGH, | |
| Relief Defendant. | |

**JOINT STATUS REPORT OF PLAINTIFF AND DEFENDANT MELISSA GEORGE, AND REQUEST TO CONTINUE DEADLINE AND HEARINGS FOR GEORGE ONLY**

Plaintiff U.S. Securities and Exchange Commission ("Commission") and defendant Melissa George have reached an agreement in principle to settle the Commission's claims against George. Consistent with this tentative agreement, defendant Melissa George has submitted a written offer of settlement to the Division of Enforcement, which, if accepted and approved, would resolve this proceeding with respect to the claims against her, but her only. The proposed settlement would have no effect on the remaining claims against defendant Thomas Kevin Keough or relief defendant Nancy Keough.

Under Commission practice, Commission counsel is not authorized to present a proposed consent judgment to the Court until the Commissioners formally approve the settlement. Given the high volume of Commission business at this time, the approval process within the Commission may take up to six weeks. The Commission and defendant George therefore respectfully request that the deadline for her opposition to summary judgment be continued for

1

six weeks so that the Commission may consider whether to accept Williams' settlement offer.

This joint request is not intended to have any effect on the status or progress of the Commission's summary judgment motion against Nancy Keough, or the claims the Commission has brought against the Keoughs.

Respectfully submitted,

**Plaintiff:**

/s/R.M. Harper
Richard M. Harper II (Mass. Bar No. 634782)
  Senior Trial Counsel
U.S. Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
(617) 573-8979 (Harper)
(617) 573-4590 (Facsimile)
HarperR@sec.gov


**Defendant:**


/s/ Christopher J. Trombetta
Christopher J. Trombetta
Law Office of Christopher J. Trombetta
310 North Main Street; Suite 6
Mansfield, MA 02048
chris@trombettalaw.com
(508) 339-5900

*Counsel for Defendant*
*Melissa George*

March 10, 2014

## CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2014, I caused a true copy of the forgoing document to be filed through the ECF system, and accordingly, the document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                /s/R.M. Harper II
                                                Richard M. Harper II