UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION

v.                                              CIVIL ACTION NO. 11-10633-DJC

INOFIN, INC., ET AL

## SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

   The Court having been advised by counsel for the parties that the above-entitled action has been settled;

   IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

December 23, 2014

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk